# UNITED STATES of America, Plaintiff–Appellee,

v.

# Raymond COLON, Defendant–Appellant.

## No. 14–15366
## Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

July 15, 2015.

Wifredo A. Ferrer, Michael J. Garofola, Karen E. Moore, Kathleen Mary Salyer, Vanessa Sisti Snyder, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Richard Lawrence Rosenbaum, Law Offices of Richard Rosenbaum, Fort Lauderdale, FL, for Defendant–Appellant.

Before TJOFLAT, MARCUS, and WILLIAM PRYOR, Circuit Judges.

PER CURIAM:

Richard L. Rosenbaum, appointed counsel for Raymond Colon in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Colon's convictions and sentences are **AFFIRMED.**